```
UNITED STATES DISTRICT COURT
     DISTRICT OF MINNESOTA
    CIVIL NO. 22-971 (DSD/DJF)
```

Zhi Kai H. Vanderford,

      Plaintiff,

v.                                      **ORDER**

Paul Schnell, et al.,

      Defendants.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Dulce J. Foster dated July 12, 2023 (R&R). The R&R recommends dismissal of plaintiff's complaint. Based on the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 46] is adopted;

2. The motion to dismiss [ECF No. 25] is granted;

3. The demand for judgment [ECF No. 37] is denied;

4. The federal claim is dismissed with prejudice; and

5. Any state law claims are dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 2, 2023

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court